STATE v. BETHEL

No. 421P01

Case below: 142 N.C. App. 213

Petition by defendant Pro Se (Walker) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

STATE v. BIDGOOD

No. 424P01

Case below: 144 N.C. App. 267

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

STATE v. BROCK

No. 456P01

Case below: 145 N.C. App. 204

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

STATE v. COVINGTON

No. 455P01

Case below: 145 N.C. App. 205

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

STATE v. CUMMINGS

No. 4A95-3

Case below: Brunswick County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Brunswick County, denied 4 October 2001.